1  MARC J. FAGEL (Cal.State Bar No. 154425)
   fagelm@sec.gov
2  MICHAEL S. DICKE (Cal State. Bar No. 158187)
   dickem@sec.gov
3  SHEILA O'CALLAGHAN (Cal State Bar No. 131032)
   Ocallaghans@sec.gov
4  XAVIER CARLOS VASQUEZ (Cal State Bar No. 194644)
   vasquezc@sec.gov
5
   Attorneys for Plaintiff
6  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
7  San Francisco, California 94104
   Telephone: (415) 705-2500
8  Facsimile: (415) 705-2501

9
10                    **UNITED STATES DISTRICT COURT**
11                    **NORTHERN DISTRICT OF CALIFORNIA**
12                              **SAN JOSE DIVISION**

13  SECURITIES AND EXCHANGE COMMISSION,     Case No. C 07 3945 (HRL)

14         Plaintiff,
                                            **STIPULATION AND CONSENT TO**
15     vs.                                  **PROCEED BEFORE A UNITED STATES**
                                            **MAGISTRATE JUDGE**
16  INTEGRATED SILICON SOLUTION, INC.
    and GARY L. FISCHER,
17
           Defendants.
18

STIPULATION AND CONSENT TO PROCEED BEFORE A

UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), plaintiff Securities and Exchange Commission and defendants Integrated Silicon Solution, Inc. and Gary L. Fischer hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

Dated:  August 3, 2007

By:  /s/ Xavier Carlos Vasquez_____
     Marc J. Fagel
     Michael S. Dicke
     Sheila O'Callaghan
     Xavier Carlos Vasquez

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated:  August 3, 2007

By:  /s/ Jerome F. Birn, Jr._____
     Jerome F. Birn, Jr.
     Nicole M. Healy
     Wilson Sonsini Goodrich & Rosati
     650 Page Mill Road
     Palo Alto, CA  94304-1050
     Telephone: (650) 493-9300
     Facsimile: (650) 493-6811

Attorneys for Defendant
INTEGRATED SILICON SOLUTION, INC.

1
2
Dated:  August 3, 2007
3
4                                                                By:  /s/ William S. Freeman
                                                                      William S. Freeman
5                                                                     Cooley Godward Kronish LLP
                                                                      Five Palo Alto Square, 4th Floor
6                                                                     3000 El Camino Real
                                                                      Palo Alto, CA  94306-2155
                                                                      Telephone: (650) 843-5037
7                                                                     Facsimile: (650) 857-0663
8
                                                                 Attorneys for Defendant
9                                                                GARY L. FISCHER
10
11      I, Xavier Carlos Vasquez, am the ECF User whose ID and password are being used to file this
12   Stipulation and Consent to Proceed Before a United States Magistrate Judge.  In compliance with
13   General Order X.B., I hereby attest that Jerome F. Birn Jr. and William S. Freeman have concurred in
14   this filing.
15
16   Dated: August 3, 2007                                          /s/ Xavier Carlos Vasquez
                                                                    Xavier Carlos Vasquez
17
                                                                 Attorney for Plaintiff
18                                                               SECURITIES AND EXCHANGE COMMISSION
19
20
21
22
23
24
25
26
27
28