*E-filed 8/3/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>INTEGRATED SILICON SOLUTION, INC. and GARY L. FISCHER,<br><br>            Defendants.<br>_____/ | Case No. C07-03945 HRL<br><br>**CLERK'S NOTICE RE-SETTING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE THAT the Case Management Conference, originally set for November 9, 2007 at 1:30 p.m., is reset for **November 13, 2007 at 1:30 p.m** in Courtroom 2. The parties' joint case management conference statement shall be filed no later than **November 6, 2007**.

Dated:    8/3/07                                              /s/  KRO
                                                              Chambers of Magistrate Judge Howard R. Lloyd

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Michael S. Dicke dickem@sec.gov

Marc J. Fagel fagelm@sec.gov

Sheila Ellen O'Callaghan ocallaghans@sec.gov

Xavier Carlos Vasquez vasquezc@sec.gov, knollc@sec.gov

Dated: 8/3/07

/s/ KRO

Chambers of Magistrate Judge Howard R. Lloyd