1  JEROME F. BIRN, JR., State Bar No. 128561 (jbirn@wsgr.com)
   NICOLE M. HEALY, State Bar No. 157417 (nhealy@wsgr.com)
2  CHRISTOPHER R. HOWALD, State Bar No. 243598 (chowald@wsgr.com)
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:   (650) 493-9300
5  Facsimile:    (650) 565-5100

6  Attorneys for Defendant
   INTEGRATED SILICON SOLUTION, INC.
7

8

9

10                    UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13 | SECURITIES AND EXCHANGE          ) CIVIL ACTION NO.: 5:07-cv-03945
     COMMISSION,                      )
14 |                                  ) CLASS ACTION
                Plaintiff,            )
15 |                                  )
                   vs.                ) **NOTICE OF APPEARANCE**
16 |                                  ) **OF COUNSEL**
     INTEGRATED SILICON SOLUTION, INC. and )
17 | GARY L. FISCHER,                 )
                                      )
18 |            Defendants.           )
                                      )
19 |                                  )
                                      )
20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 5:07-CV-03945

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Jerome F. Birn, Jr., Nicole M. Healy, and Christopher R.

3  Howald hereby enter their appearance as counsel of record for defendant Integrated Silicon

4  Solution, Inc. Copies of all pleadings, papers and notices should be served as follows:

5  Jerome F. Birn
Nicole M. Healy
6  Christopher R. Howald
WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
650 Page Mill Road
8  Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
9  Facsimile: (650) 565-5100

10

11  Dated:  September 7, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
12

13
                                                 By:     /s/ Nicole M. Healy
14                                                       Nicole M. Healy

15                                               Attorneys for Defendant
                                                 Integrated Silicon Solution, Inc.
16

17

18

19

20

21

22

23

24

25

26

27

28

1  I, Christopher R. Howald, am the ECF User whose identification and password are being
2  used to file the Notice of Appearance of Counsel for defendant Integrated Silicon Solution, Inc.
3  In compliance with General Order 45.X.B, I hereby attest that Jerome F. Birn and Nicole M.
4  Healy have concurred in this filing.

6  Dated:  September 7, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By:       /s/ Christopher R. Howald
                                                        Christopher R. Howald

                                                Attorneys for Defendant
                                                Integrated Silicon Solution, Inc.