1 | COOLEY GODWARD KRONISH LLP
2 | WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)'
    ROSS W. NADEL (87940) (rnadel@cooley.com)
3 | MONICA J. ZI (245434) (mzi@cooley.com)
    Five Palo Alto Square
4 | 3000 El Camino Real
    Palo Alto, CA  94306-2155
5 | Telephone:    (650) 843-5000
    Facsimile:    (650) 857-0663

6 | Attorneys for Defendant
    Gary L. Fischer
7 |

8 |                    UNITED STATES DISTRICT COURT

9 |                   NORTHERN DISTRICT OF CALIFORNIA

10 |                         SAN JOSE DIVISION

11 |

12 | SECURITIES AND EXCHANGE               Case No.  C 07-3945 (HRL)
     COMMISSION,
13 |                                       **NOTICE OF APPEARANCE**
                Plaintiff,
14 |
           v.
15 |
     INTEGRATED SILICON SOLUTION, INC.
16 | and GARY L. FISCHER,

17 |           Defendants.

759938 v1/PA

**NOTICE OF APPEARANCE**
**C 07-3945 (HRL)**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1  **PLEASE TAKE NOTICE** that William S. Freeman of Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306, Telephone (650) 843-5000 hereby enters his appearance as counsel for Defendant Gary L. Fischer in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: September 18, 2007

COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
ROSS W. NADEL (87940)
MONICA J. ZI (245434)

_____/s/_____
William S. Freeman (82002)

Attorneys for Defendant
Gary L. Fischer

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

759938 v1/PA

1.

**NOTICE OF APPEARANCE**
**C 07-3945 (HRL)**